| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Bright, Myron H. | 2. Court or Organization  U.S.C.A.--Eighth Circuit | 3. Date of Report  05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  655 First Avenue North Suite 340 Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Legal Education Fund, Inc. |
| 2. Director | U.S. - Asia Law Institute |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 10: 03 FINANCIAL DISCLOSURE OFFICE

Bright_Myron_H

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | National Institute for Trial Advocacy, Louisville, CO (royalties) | $122.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Hawaii Foundation | February 3-11, 2008 | Honolulu, Hawaii | Jurists program | lodging, meals and travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Int./Div. | J | T | | | | | |
| 2. --TD Ameritrade Money Market Deposit Account | | | | | | | | | See Part VIII |
| 3. --ConocoPhillips Common Stock | | | | | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | See Part VIII |
| 5. --Tamarack Prime Money Market Fund | A | Dividend | J | T | | | | | See Part VIII |
| 6. --American Funds: Capital Income Builder Fund | B | Dividend | L | T | | | | | See Part VIII |
| 7. --Federated Investors: Muni & Stock Advantage Fund | C | Int./Div. | L | T | | | | | See Part VIII |
| 8. --Franklin Templeton Inv.: Mutual Discovery Fund | A | Dividend | | | Sold | 10/30 | J | | See Part VIII |
| 9. --Pioneer Investments: AMT-Free Municipal Fund | A | Int./Div. | K | T | | | | | See Part VIII |
| 10. --American Funds: Tax Exempt Bond Fund of Am. | A | Int./Div. | K | T | | | | | See Part VIII |
| 11. --Duke Realty Corp. Common Stock | A | Dividend | J | T | | | | | |
| 12. --Idaho Housing & Finance: Sgl Family Mort.Rev.Bonds | A | Interest | J | T | | | | | See Part VIII |
| 13. --Kraft Foods Inc. Common Stock | A | Dividend | | | Sold | 07/15 | J | | |
| 14. --Franklin Templeton Inv.: Mutual European Fund | A | Dividend | | | Sold | 12/16 | J | | See Part VIII |
| 15. --UST Inc. Common Stock | A | Dividend | J | T | | | | | |
| 16. --Spectra Energy Corp. Common Stock | A | Dividend | | | Sold | 12/16 | J | | |
| 17. --Wells Fargo Capital Trust IV Common Stock | A | Interest | J | T | Buy | 10/30 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Barclays Global Investors: IShares Trust Index Fund | A | Dividend | J | T | Buy | 01/24 | J | | |
| 19. --Investors Real Estate Trust Common Stock | A | Distribution | J | T | Buy | 05/06 | J | | |
| 20. --First TrustAdvisors: Tech Sector Index Fund | | None | | | Buy | 08/05 | J. | | |
| 21. | | | | | Sold | 12/16 | J | | |
| 22. --USB Capital X Common Stock | | None | J | T | Buy | 12/16 | J | | |
| 23. --First Trust Advisors: Preferred Income Portfolio | A | Dividend | J | T | Buy | 10/30 | J | | |
| 24. Trust #1 | B | Int./Div. | M | T | | | | | See Part VIII |
| 25. --Tamarack Prime Money Market Fund | | | | | | | | | See Part VIII |
| 26. --Grand Forks, ND: Refunding & Improvement Muni Bonds | | | | | | | | | See Part VIII |
| 27. --American Funds: Capital Income Builder Fund | | | | | | | | | See Part VIII |
| 28. --American Funds: Europacific Growth Fund | | None | | | Sold | 10/30 | J | | See Part VIII |
| 29. --Franklin Templeton Inv.: Federal Tax Free Income Fund | | | | | | | | | See Part VIII |
| 30. --Franklin Templeton Inv.: H-Yield Tax Free Inc. Fund | | | | | | | | | See Part VIII |
| 31. --Franklin Templeton Inv.: Income Fund | | | | | | | | | See Part VIII |
| 32. --Franklin Templeton Inv.: Mut. Beacon Fund | A | Dividend | | | Sold | 10/30 | J | | See Part VIII |
| 33. --Franklin Templeton Inv.: Mut. European Fund | A | Dividend | | | Sold | 10/30 | J | | See Part VIII |
| 34. --American Funds: Tax Exempt Bond Fund of Am. | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Franklin Templeton Inv.: Templeton Growth Fund | | | | | Sold | 10/30 | J | | |
| 36. --El Paso Corp. Common Stock | | | | | | | | | |
| 37. --First Trust Advisors: Preferred Income Portfolio | A | Dividend | K | T | Buy | 10/30 | K | | |
| 38. State Bank & Trust Co. Savings Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 2A   Correct description of asset is TD Ameritrade Money Market Deposit Account. The terms "Deposit Account" were inadvertently omitted from prior year's report.

Part VII, Line 4   In prior year's report, Brokerage Account #2 was transferred into Brokerage Account #1. Brokerage Account #2 closed 1/18/07.

Part VII, Line 5   Edward Jones Money Market transferred into Tamarack Prime Money Market Fund on 06/03/08. Edward Jones Money Market closed 06/03/08.

Part VII, Lines 6-10, 12, 14 Added fund family per letter from Committee dated 08/01/08.

Part VII, Line 7A   Corrected specific fund name by dropping "Federated."

Part VII, Line 7B(2)   Inadvertently reported as "Div." on prior year's report. Corrected to "Int./Div."

Part VII, Line 8A   Corrected specific fund name by dropping "Franklin."

Part VII, Line 9A   Corrected specific fund name by dropping "Pioneer."

Part VII, Line 9B(2)   Inadvertently reported as "Div." on prior year's report. Corrected to "Int./Div."

Part VII, Line 10B(2)   Inadvertently reported as "Div." on prior year's report. Corrected to "Int./Div."

Part VII, Line 12   Corrected specific fund name by adding "Single Family" before "Mortgage Revenue Bonds."

Part VII, Line 14A   Corrected specific fund name by dropping "Franklin."

Part VII, Line 24   Former Trust #2 combined with Trust #1 on prior year's report.

Part VII, Line 25   Edward Jones Money Market transferred into Tamarack Prime Money Market Fund on 06/03/08. Edward Jones Money Market closed 06/03/08.

Part VII, Lines 25-34   Added fund family per letter from Committee dated 08/01/08.

Part VII, Line 26A   Corrected specific fund name by dropping "Grand Forks, ND."

Part VII, Line 29A   Corrected specific fund name by dropping "Franklin."

Part VII, Line 30A   Corrected specific fund name by dropping "Franklin."

Part VII, Line 31A   Corrected specific fund name by dropping "Franklin."

Part VII, Line 32A   Corrected specific fund name by dropping "Franklin."

Part VII, Line 33A   Corrected specific fund name by dropping "Franklin."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544